# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Michael Bennett<br><br>Plaintiff,<br><br>v.<br><br>Costco Wholesale Corporation, JOHN DOE 1-10, (fictitious names), ABC CORP, 1-10 (fictitious names) and XYZ COMP. 1-10 (fictitious names)<br><br>Defendants | DOCKET NO. 3-21-cv-19400<br><br>Civil Action<br><br><br><br>**FINAL ORDER**<br>**FOR JUDGMENT** |

**THIS MATTER** having been tried before the Court by the Honorable Zahid N. Quraishi, U.S.D.J., on November 12, and 13, 2024, and before a jury, and the jury having heard the evidence and the argument of the attorneys for their respective parties, John Bensulock, Law Office of Harold J. Geer (attorney for Plaintiff) and Robert Ballou, Garvey Ballou, (attorney for Defendant) and

The jury having returned a verdict of no cause for action in favor of Defendant and against Plaintiff, based upon the jury finding that Defendant was 40% negligent and Plaintiff was 60% negligent.

Accordingly, IT IS on this **15th** day of **November 2024,**

**ORDERED** that Judgment be entered in favor of Defendant Costco, and it is further

**ORDERED** that the Complaint of Plaintiff be and is hereby dismissed, and it is further

**ORDERED** that a copy of the Judgment shall be served on all counsel within five days.

SO ORDERED
s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**